

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-09-386-CV

PILAR CHAVEZ D/B/A                                    APPELLANT
CHAVEZ CONSTRUCTION

V.

AMJAD MALIK                                           APPELLEE

AND

AMJAD MALIK                                           APPELLANT

V.

DANIEL LEAL D/B/A LEAL                               APPELLEE
CONSTRUCTION

----------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Agreed Motion To Dismiss." It is the

court's opinion that the motion should be granted; therefore, we dismiss the appeal

---

[1]*See* Tex. R. App. P. 47.4.

of appellant Pilar Chavez d/b/a Chavez Construction.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).   This case shall hereafter be styled "Amjad Malik v. Daniel Leal d/b/a Leal Construction."

Costs of the appeal shall be paid by appellant Pilar Chavez d/b/a Chavez Construction, for which let execution issue.   *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:   MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:   September 16, 2010